ORIGINAL

```
RUTAN & TUCKER, LLP
John A. Ramirez (State Bar No. 184151)
Mark J. Austin (State Bar No. 208880)
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

THE SUTTON LAW FIRM
James R. Sutton (State Bar No. 135930)
150 Post Street, Suite 405
San Francisco, CA 94108
Telephone: 415-732-7700
Facsimile: 415-732-7701

Attorneys for Plaintiff
The Lincoln Club of San Diego County
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

"BY FAX"

| | |
|---|---|
| THE LINCOLN CLUB OF SAN DIEGO COUNTY,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF SAN DIEGO, a California charter city; DOES 1 through 10,<br><br>Defendants. | Case No. 05 CV 1609 LAB (JMA)<br>Assigned for all purposes to:<br>Judge Larry A. Burns<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND WAIVER OF COSTS**<br><br>[FRCP 41(a)(1)(ii)]<br><br>Date Action Filed: August 12, 2005<br>Trial Date: None Set |

STIPULATION FOR VOLUNTARY DISMISSAL AND WAIVER OF COSTS

1  It is hereby stipulated, by and between the parties to this action, through their designated
2  counsel, that the above-captioned action shall be, and hereby is, dismissed without prejudice
3  pursuant to FRCP 41(a)(1)(ii).
4  The City of San Diego hereby agrees to waive any right it might have to recover its costs
5  of suit from the Lincoln Club in this case. The parties hereto acknowledge that the above
6  stipulation of dismissal is expressly conditioned upon said waiver of costs by the City.

Dated: October 24, 2006

RUTAN & TUCKER, LLP
JOHN A. RAMIREZ
MARK J. AUSTIN

By: _____
Mark J. Austin
Attorneys for Plaintiff
The Lincoln Club of San Diego County

Dated: October 24, 2006

CITY OF SAN DIEGO CITY ATTORNEY
MICHAEL J. AGUIRRE
DONALD F. SHANAHAN

By: _____
Donald F. Shanahan
Attorneys for Defendant
The City of San Diego

IT IS SO ORDERED.
DATED  11-14-06

_____
UNITED STATES DISTRICT JUDGE

-1-
STIPULATION FOR VOLUNTARY DISMISSAL AND WAIVER OF COSTS